

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00371-CV

THE CARMICHAEL FAMILY TRUST BY AND THROUGH MICHAEL G. CARMICHAEL AND JEANETTE C. CARMICHAEL, HUSBAND AND WIFE

APPELLANT

V.

KRONE MEDICAL PROPERTIES, LP AND ITS GENERAL PARTNER KRONE PROPERTY MANAGEMENT, LLC

APPELLEES

----------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY
TRIAL COURT NO. C-2014014

----------

# MEMORANDUM OPINION AND ORDER[1]

----------

We have considered appellant's petition for permissive interlocutory appeal, appellees' response, and appellant's reply. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d), (f) (West Supp. 2015); Tex. R. App. P. 28.3(a), (f), (j).

We grant the petition.[2] *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f). Appellant's notice of appeal is deemed filed today. *See id.*; Tex. R. App. P. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.1, 28.3(k). Appellant must file a copy of this order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

The clerk's record and reporter's record are due on or before February 4, 2016. *See* Tex. R. App. P. 26.1(b), 35.1(b).

Appellant's brief will be due twenty days after the appellate record is filed, and appellees' briefing will be due twenty days after appellant files its brief. *See* Tex. R. App. P. 38.6(a)–(b).

---

[1] *See* Tex. R. App. P. 47.4.

[2] Although appellant has argued in its petition that the controlling issue of law identified by the trial court applies equally to defendant Granbury Healthcare Condominium Owners' Association, the liability issue in that defendant's motion for summary judgment was not the same as the liability issue regarding the condominium unit owners; thus, this court's review will be limited to the controlling issue of law as it relates to the condominium unit owners only.

The clerk of this court is directed to transmit a copy of this memorandum opinion and order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; MEIER and GABRIEL, JJ.

DELIVERED:  January 25, 2016